| | | |
|---|---|---|
| ROBERT BONNETTE, FREDERICK GEASON, CLEMENTH DORSEY, and STEVE BEZET | * * * * | CASE NO. 00-949-C-M1 |
| VERSUS | * * | JUDGE TYSON |
| CITY OF PLAQUEMINE AND C. J. CAZES, INDIVIDUALLY AND AS CHIEF OF POLICE, PLAQUEMINE POLICE DEPARTMENT | * * * * * | MAGISTRATE JUDGE RIEDLINGER |

* * * * * * * * * * * * *

## CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER, PLEAD OR OTHERWISE RESPOND

**NOW INTO COURT**, through undersigned counsel, comes Defendant, City of Plaquemine ("Defendant"), appearing solely for the purpose of obtaining an extension of time and without waiving any rights or defenses by reason of filing this motion, including those set forth in *Fed. R. Civ. P.* 12, and moves for a sixty (60) extension of time, through and including May 18, 2001, within which to answer, plead or otherwise respond to the Complaint of Robert Bonnette, Frederick Geason, Clementh Dorsey, and Steve Bezet. In support of this Motion, Defendant represents that the parties are attempting to amicably resolve this matter without incurring unnecessary legal fees. Counsel for Plaintiff has consented to this sixty (60) day extension.

WHEREFORE, Defendant respectfully prays that his request for an extension of sixty (60) days, until and including May 18, 2001, within which to answer, plead or otherwise respond be granted and that all of Defendant's rights and defenses be reserved.





Respectfully submitted,

*Megan Shemwell Nash*

HOWARD SHAPIRO, #11968
MEGAN SHEMWELL NASH, #19791
McCalla, Thompson, Pyburn, Hymowitz &
  Shapiro
650 Poydras Street, Suite 2800
New Orleans, Louisiana 70130
Telephone: (504) 524-2499

**COUNSEL FOR DEFENDANT,
CITY OF PLAQUEMINE**

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing Consent Motion for Extension of Time to Answer, Plead or Otherwise Respond to Complaint has been served upon:

> John Dale Powers
> Mark G. Murphey
> Powers & Willard, L.L.P.
> 7967 Office Park Blvd.
> Baton Rouge, Louisiana 70809

by UPS Next Day Air this 19th day of March 2001.

*Megan Shemwell Nash*
MEGAN SHEMWELL NASH