UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT BONNETTE, FREDERICK GEASON, CLEMENTH DORSEY, and STEVE BEZET | * * * | CASE NO. 00-949-C-M1 |
| VERSUS | * * | JUDGE TYSON |
| CITY OF PLAQUEMINE AND C. J. CAZES, INDIVIDUALLY AND AS CHIEF OF POLICE, PLAQUEMINE POLICE DEPARTMENT | * * * * | MAGISTRATE JUDGE RIEDLINGER |

## JOINT MOTION TO DISMISS, WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Robert Bonnette, Frederick Geason, Clementh Dorsey and Steve Bezet, and the Defendant, City of Plaquemine ("the City"), and represent that this matter has been amicably resolved as to all parties, including the un-represented Defendant, C.J. Cazes. Accordingly, the parties jointly request that this matter be dismissed, with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiffs and the City pray that this motion be granted and the Court enter an Order dismissing with prejudice all claims of Plaintiffs against all Defendants, each party to bear its own costs.



| INITIALS | DOCKET# |
|---|---|
| bp | 9 |

Respectfully submitted:

_____          _____
**JOHN DALE POWERS**                **MEGAN SHEMWELL NASH**
   (La. Bar #8805)                     (La. Bar #19791)
POWERS & WILLARD, L.L.P.            **HOWARD SHAPIRO**
7967 Office Park Boulevard             (La. Bar #11968)
Baton Rouge, LA 70809               McCALLA, THOMPSON, PYBURN,
Telephone: (225) 928-1951              HYMOWITZ & SHAPIRO
Telecopy: (225) 929-9834            Poydras Center, Suite 2800
                                   New Orleans, Louisiana 70130
**ATTORNEY FOR PLAINTIFFS**         Telephone: (504) 524-2499
                                   Telecopy: (504) 523-8679

                                       **L. PHILLIP CANOVA, JR.**
                                          (La. Bar #3851)
                                       CANOVA & DELAHAYE
                                       58156 Court Street
                                       Plaquemine, Louisiana 70764-2708
                                       Telephone: (225) 687-8340
                                       Telecopy: (225) 687-1868

v:\7089\6162\6162DismissMotion